ANTHONY ZACCARDI v. GEORGE L. BECKER.

December 1, 1980.

Petition for certification granted.

THOMAS A. BATTAGLIA v. UNION COUNTY
WELFARE BOARD.

December 1, 1980.

Petition for certification granted.

THOMAS A. BATTAGLIA v. UNION COUNTY
WELFARE BOARD.

December 1, 1980.

Cross-petition for certification granted.

JAMES SISCO v. RINGLING MANOR, INC.

December 2, 1980.

Certification is granted and the matter is summarily remand-. ed to the Appellate Division, Superior Court, for a reinstatement of the Appeal, subject to the following conditions:

1. payment to the Clerk of the Appellate Division by Richard D. Pompelio, Esquire, of a personal sanction of $250, not chargeable to any client, within 10 days of the filing date of this order;